UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23209-CIV-HOEVELER

LEONARDO LEONARD,
JOSE A. CABALLERO,
RICHARD SUITA,
and others similarly situated,

    Plaintiffs,

v.

BULK EXPRESS TRANSPORT, INC.,
a Florida corporation,

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT, RELEASE AND NON-DISCLOSURE AGREEMENT, AND CLOSING CASE

THIS CAUSE comes before the Court on the parties' Joint Motion to Approve Settlement and to Dismiss with Prejudice, filed May 27, 2008. This case was filed under the Fair Labor Standards Act (FLSA), 29, U.S.C. § 201 et seq. Pursuant to the direction provided by the Eleventh Circuit in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), claims for unpaid overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et seq., may be settled or compromised only with the approval of the Court or the Secretary of Labor. The parties provided their settlement agreement, which this Court has reviewed. Based upon that review, that Court hereby determines that the settlement reached is a fair and reasonable resolution of a bona fide dispute.

Plaintiffs' counsel has attempted to introduce a new plaintiff in this action, "Plaintiff Izquierdo," despite this Court's specific direction at a status conference that this matter would not be considered as a class action, and Plaintiffs' counsel's statement that he had no intention to add other plaintiffs. The Court will not permit the addition of a new Plaintiff in this manner.

For the above reasons, it is hereby

ORDERED AND ADJUDGED that the motion to approve settlement is GRANTED, to the extent that the Court has approved the settlement agreement. This case is DISMISSED, with prejudice; all pending motions are hereby DENIED, as moot.

DONE AND ORDERED in Chambers in Miami this 7th day of July 2008.

*[signature]*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
Eddy O. Marban
Rodolfo Gomez