UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| LEONARDO LEONARD, JOSE A. CABALLERO, RICHARD SUITA, and others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BULK EXPRESS TRANSPORT, INC., a Florida corporation,<br><br>Defendant.<br>_____/ | CASE NO. 07-23209-CIV-HOEVELER<br><br>MAGISTRATE JUDGE GARBER |

## ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Motion for Relief From Judgment, the Court having reviewed the file, being appraised of the agreement of Counsel, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion for Relief From Judgment is hereby granted. The Clerk shall reopen this case.

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, this _14_ day of _July_, 2008.

_____
HONORABLE WILLIAM M. HOEVELER SR.
UNITED STATES DISTRICT JUDGE

cc: Eddy O. Marban, Esq.
782 N.W. LeJeune Road, Suite 350
Miami, Florida 33126
Telephone (305) 448-9292
Facsimile (305) 448-2788

Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Telephone (305) 445-7801
Facsimile (305) 442-1578