UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 07-23209-Hoeveler/Magistrate Garber

LEONARDO LEONARD, JOSE A.
CABALLERO, RICHARD SUITA,
VICTOR IZQUIERDO,
and others similarly-situated,

      Plaintiffs,

vs.

BULK EXPRESS TRANSPORT, INC.,
a Florida corporation,

      Defendant.
_____/

## ORDER APPROVING SETTLEMENT, RELEASE AND
## NON-DISCLOSURE AGREEMENT AND DISMISSING WITH PREJUDICE

THIS CAUSE having come before the Court upon the Parties request for approval of the Settlement, Release and Non-Disclosure Agreement, and the Court having reviewed the terms of the Agreement and being otherwise fully advised in the premises, the Court finds:

1. Plaintiff Izquierdo's Complaint involves claims for overtime arising under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA").

2. Plaintiff Izquierdo and Defendant have amicably settled all the controversies involved in this case. The essential elements of the settlement are described in the Settlement, Release and Non-Disclosure Agreement.

3. Plaintiff Izquierdo and Defendant have stipulated, and the Court finds, that the settlement is a fair and reasonable settlement of the controversies involved in this case and comports with the policies underlying the FLSA.

121487_1.DOC

1

Therefore, it is

ORDERED AND ADJUDGED:

1. The Settlement, Release and Non-Disclosure Agreement executed by the Parties is APPROVED.

2. The case is DISMISSED With Prejudice as for Plaintiff Izquierdo.

3. The Court retains jurisdiction to enforce Defendant's obligation to make the payments to Plaintiff Izquierdo and his attorney required by the Parties' Settlement Agreement.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 9th day of September, 2008.

U.S. DISTRICT COURT JUDGE

Conformed Copies to:
   All counsel of record

121487_1.DOC

2

Leonard, et al. v. Bulk Express Transport, Inc.

Case No.: 07-23209-Hoeveler/Magistrate Garber

SERVICE LIST

Eddy O. Marban, Esq.
The Law Offices of Eddy O. Marban, PA
Ocean Bank Building
782 N.W. LeJeune Road
Miami, Florida, 33126
Telephone: 305-448-9292
Facsimile: 305-448-2788
Counsel for PLaintiff Izquierdo


Rodolfo Gomez, Esq.
Allen, Norton & Blue, P.A.
121 Majorca Avenue
Coral Gables, Florida 33134
Telephone: (305) 445-7801
Facsimile: (305) 445-1578
Counsel for Defendant